UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
ANTOIN S. REZKO                           §      Case No. 08-11591
                                          §
                                          §
               Debtor(s)                  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                      $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____ . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____ . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____ , for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____ , and now requests reimbursement for expenses of $_____ , for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/GREGG SZILAGYI_____
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 08-11591 | CAD | Judge: | Carol A. Doyle | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|---|---|---|
| Case Name: | ANTOIN S. REZKO | | | | Date Filed (f) or Converted (c): | 05/07/2008 (f) |
| | | | | | 341(a) Meeting Date: | |
| For Period Ending: | 09/11/2014 | | | | Claims Bar Date: | 08/07/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. ESCROW PROCEEDS (u) | 0.00 | 0.00 | | 201,446.83 | FA |
| 2. AVOIDANCE ACTION - FREEBORN & PETERS (u) | Unknown | 0.00 | | 925,000.00 | FA |
| 3. INTEREST IN TSR, LLC (u) | Unknown | 0.00 | | 10,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 62.44 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $0.00 | $0.00 | | $1,136,509.27 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/2011     Current Projected Date of Final Report (TFR): 09/01/2014

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 08-11591 | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|
| Case Name: | ANTOIN S. REZKO | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5369 |
| | | | Checking Acccount |
| Taxpayer ID No: | XX-XXX2648 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/11/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/12 | | Transfer from Acct# XXXXXX2286 | Transfer of Funds | 9999-000 | $1,018,312.70 | | $1,018,312.70 |
| 10/16/12 | | Associated Bank | Technology Fee | 2600-000 | | $627.73 | $1,017,684.97 |
| 11/05/12 | | Associated Bank | Technology Fee | 2600-000 | | $648.44 | $1,017,036.53 |
| 12/07/12 | | Associated Bank | Technology Fee | 2600-000 | | $626.99 | $1,016,409.54 |
| 01/08/13 | | Associated Bank | Technology Fee | 2600-000 | | $647.52 | $1,015,762.02 |
| 02/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $1,509.95 | $1,014,252.07 |
| 03/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $1,362.03 | $1,012,890.04 |
| 03/13/13 | 1002 | INTERNATIONAL SURETIES LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA 70139 | | 2990-000 | | $1,353.60 | $1,011,536.44 |
| 04/05/13 | | Associated Bank | Technology Fee | 2600-000 | | $1,505.07 | $1,010,031.37 |
| 05/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $1,453.07 | $1,008,578.30 |
| 06/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $1,499.47 | $1,007,078.83 |
| 07/03/13 | 3 | UP DEVELOPMENT | PROCEEDS OF SALE OF INTEREST | 1210-000 | $10,000.00 | | $1,017,078.83 |
| 07/08/13 | | Associated Bank | Technology Fee | 2600-000 | | $1,448.97 | $1,015,629.86 |
| 08/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $1,509.06 | $1,014,120.80 |
| 09/09/13 | | Associated Bank | Technology Fee | 2600-000 | | $1,507.72 | $1,012,613.08 |
| 10/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $1,457.08 | $1,011,156.00 |
| 11/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $1,503.30 | $1,009,652.70 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*   Page Subtotals:   $1,028,312.70   $18,660.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 08-11591 | Trustee Name: | GREGG SZILAGYI |
| Case Name: | ANTOIN S. REZKO | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5369 |
| | | | Checking Acccount |
| Taxpayer ID No: | XX-XXX2648 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/11/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/06/13 | | Associated Bank | Technology Fee | 2600-000 | | $1,452.67 | $1,008,200.03 |
| 01/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,498.84 | $1,006,701.19 |
| 02/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,496.76 | $1,005,204.43 |
| 02/10/14 | 1003 | International Sureties Ltd. | Bond Premium | 2300-000 | | $1,459.20 | $1,003,745.23 |
| 03/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,349.11 | $1,002,396.12 |
| 04/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,490.25 | $1,000,905.87 |
| 05/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,440.09 | $999,465.78 |
| 06/06/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,485.92 | $997,979.86 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,435.81 | $996,544.05 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,481.65 | $995,062.40 |

| | | |
|---|---|---|
| COLUMN TOTALS | $1,028,312.70 | $33,250.30 |
| Less: Bank Transfers/CD's | $1,018,312.70 | $0.00 |
| Subtotal | $10,000.00 | $33,250.30 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,000.00 | $33,250.30 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*        Page Subtotals:        $0.00        $14,590.30

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 08-11591 | Trustee Name: | GREGG SZILAGYI |
| --- | --- | --- | --- |
| Case Name: | ANTOIN S. REZKO | Bank Name: | Bank of America |
| | | Account Number/CD#: | XXXXXX2286 |
| | | | Trustee Investment Product |
| Taxpayer ID No: | XX-XXX2648 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/11/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/18/10 | 1 | CHICAGO TITLE | ESCROW PROCEEDS | 1229-000 | $201,446.83 | | $201,446.83 |
| 08/31/10 | INT | Bank of America | Interest Rate 0.050 | 1270-000 | $2.47 | | $201,449.30 |
| 09/30/10 | INT | Bank of America | Interest Rate 0.050 | 1270-000 | $8.28 | | $201,457.58 |
| 10/29/10 | INT | Bank of America | Interest Rate 0.050 | 1270-000 | $8.55 | | $201,466.13 |
| 11/15/10 | | Transfer to Acct# XXXXXX2419 | Transfer of Funds | 9999-000 | | $3,406.92 | $198,059.21 |
| 11/30/10 | INT | Bank of America | Interest Rate 0.050 | 1270-000 | $8.21 | | $198,067.42 |
| 12/31/10 | INT | Bank of America | Interest Rate 0.050 | 1270-000 | $8.41 | | $198,075.83 |
| 01/31/11 | INT | Bank of America | Interest Rate 0.050 | 1270-000 | $8.41 | | $198,084.24 |
| 02/28/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $1.52 | | $198,085.76 |
| 03/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $1.68 | | $198,087.44 |
| 04/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $1.62 | | $198,089.06 |
| 05/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $1.69 | | $198,090.75 |
| 06/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $1.63 | | $198,092.38 |
| 07/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $1.67 | | $198,094.05 |
| 08/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $1.69 | | $198,095.74 |
| 09/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $1.63 | | $198,097.37 |
| 10/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $1.68 | | $198,099.05 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*      Page Subtotals:      $201,505.97      $3,406.92

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 08-11591 | Trustee Name: | GREGG SZILAGYI |
| Case Name: | ANTOIN S. REZKO | Bank Name: | Bank of America |
| | | Account Number/CD#: | XXXXXX2286 |
| | | | Trustee Investment Product |
| Taxpayer ID No: | XX-XXX2648 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/11/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/31/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $252.37 | $197,846.68 |
| 11/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $1.63 | | $197,848.31 |
| 11/30/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $243.92 | $197,604.39 |
| 12/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $1.67 | | $197,606.06 |
| 12/30/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $243.62 | $197,362.44 |
| 01/27/12 | 2 | FREEBORN & PETERS LLP | SETTLEMENT OF AVOIDANCE ACTION | 1241-000 | $925,000.00 | | $1,122,362.44 |
| 01/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $486.30 | $1,121,876.14 |
| 02/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $1,333.38 | $1,120,542.76 |
| 03/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $1,377.72 | $1,119,165.04 |
| 04/09/12 | | Transfer to Acct# XXXXXX2419 | Transfer of Funds | 9999-000 | | $923.20 | $1,118,241.84 |
| 04/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $1,421.06 | $1,116,820.78 |
| 05/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $1,418.91 | $1,115,401.87 |
| 06/28/12 | | Transfer to Acct# XXXXXX2419 | Transfer of Funds | 9999-000 | | $88,410.00 | $1,026,991.87 |
| 06/28/12 | | Transfer to Acct# XXXXXX2419 | Transfer of Funds | 9999-000 | | $4,800.00 | $1,022,191.87 |
| 06/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $1,318.04 | $1,020,873.83 |
| 07/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $1,338.85 | $1,019,534.98 |
| 08/29/12 | | Transfer to Acct# XXXXXX2419 | Transfer of Funds | 9999-000 | | $10.54 | $1,019,524.44 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*  Page Subtotals: $925,003.30    $103,577.91

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 08-11591 | Trustee Name: | GREGG SZILAGYI |
| Case Name: | ANTOIN S. REZKO | Bank Name: | Bank of America |
| | | Account Number/CD#: | XXXXXX2286 |
| | | | Trustee Investment Product |
| Taxpayer ID No: | XX-XXX2648 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/11/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/12 | | Bank of America | | 2600-000 | | $1,211.74 | $1,018,312.70 |
| 08/30/12 | | Transfer to Acct# XXXXXX5369 | Transfer of Funds | 9999-000 | | $1,018,312.70 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $1,126,509.27 | $1,126,509.27 |
| Less: Bank Transfers/CD's | $0.00 | $1,115,863.36 |
| Subtotal | $1,126,509.27 | $10,645.91 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,126,509.27 | $10,645.91 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*           Page Subtotals:           $0.00    $1,019,524.44

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 08-11591 | Trustee Name: GREGG SZILAGYI |
| Case Name: ANTOIN S. REZKO | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX2419 |
| | CHECKING ACCOUNT |
| Taxpayer ID No: XX-XXX2648 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/11/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/15/10 | | Transfer from Acct# XXXXXX2286 | Transfer of Funds | 9999-000 | $3,406.92 | | $3,406.92 |
| 11/15/10 | 1001 | VANGUARD ARCHIVES LLC<br>3900 S. MICHIGAN<br>CHICAGO, IL 60653 | STORAGE FEES FOR REZMAR RECORDS | 2410-000 | | $3,406.92 | $0.00 |
| 04/09/12 | | Transfer from Acct# XXXXXX2286 | Transfer of Funds | 9999-000 | $923.20 | | $923.20 |
| 04/09/12 | 1002 | INTERNATIONAL SURETIES LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA 70139 | BOND PREMIUM | 2300-000 | | $923.20 | $0.00 |
| 04/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $0.26 | ($0.26) |
| 06/28/12 | | Transfer from Acct# XXXXXX2286 | Transfer of Funds | 9999-000 | $88,410.00 | | $88,409.74 |
| 06/28/12 | | Transfer from Acct# XXXXXX2286 | Transfer of Funds | 9999-000 | $4,800.00 | | $93,209.74 |
| 06/28/12 | 1003 | Semir D. Sirazi, Mardini Inc., Greenhouse Capital LLC | Payment Per Court Order Dated April 19, 2012 | 2410-000 | | $88,403.72 | $4,806.02 |
| 06/28/12 | 1004 | VANGUARD ARCHIVES LLC | INVOICE 31560 | 2990-000 | | $4,787.26 | $18.76 |
| 06/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $7.64 | $11.12 |
| 07/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $21.66 | ($10.54) |
| 08/29/12 | | Transfer from Acct# XXXXXX2286 | Transfer of Funds | 9999-000 | $10.54 | | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $97,550.66 | $97,550.66 |
| Less: Bank Transfers/CD's | $97,550.66 | $0.00 |
| Subtotal | $0.00 | $97,550.66 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $97,550.66 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Page Subtotals: $97,550.66   $97,550.66

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX2286 - Trustee Investment Product | $1,126,509.27 | $10,645.91 | $0.00 |
| XXXXXX2419 - CHECKING ACCOUNT | $0.00 | $97,550.66 | $0.00 |
| XXXXXX5369 - Checking Acccount | $10,000.00 | $33,250.30 | $995,062.40 |
|  | $1,136,509.27 | $141,446.87 | $995,062.40 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---:|
| Total Net Deposits: | $1,136,509.27 |
| Total Gross Receipts: | $1,136,509.27 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:08-11591-CAD  
Debtor Name: ANTOIN S. REZKO  
Claims Bar Date: 8/7/2013  

Date: September 11, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | Administrative | | $0.00 | $0.00 | $0.00 |
| 100 2200 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | Administrative | | $0.00 | $0.00 | $0.00 |
| 100 3210 | Jenner & Block | Administrative | | $0.00 | $261,250.00 | $261,250.00 |
| 100 3220 | Jenner & Block | Administrative | | $0.00 | $8,086.75 | $8,086.75 |
| 7 280 5800 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Priority | | $0.00 | $4,520.17 | $4,520.17 |
| 1 300 7100 | Honeyland Prod. Profit Sh. Plan c/o Dan Hefter<br>200 W. Madison St., Suite 3000<br>Chicago, IL 60606 | Unsecured | | $0.00 | $203,359.78 | $203,359.78 |
| 2 300 7100 | William M. Mahru c/o Dan Hefter<br>200 W. Madison St., Suite 3000<br>Chicago, IL 60606 | Unsecured | | $0.00 | $203,359.78 | $203,359.78 |
| 3 300 7100 | N. A. MB Financial Bank<br>c/o Lupel Weininger LLP<br>Marjorie E. Schaffner<br>30 N. LaSalle St., Suite 3520<br>Chicago, IL 60602 | Unsecured | | $0.00 | $372,530.95 | $372,530.95 |
| 4 300 7100 | Dr. Fortunee Massuda<br>C/O Brad S Grayson, Straus & Malk LLP<br>135 Revere Drive<br>Northbrook, IL 60062 | Unsecured | | $0.00 | $4,223,030.41 | $4,223,030.41 |

Page 1  Printed: September 11, 2014

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:08-11591-CAD
Debtor Name: ANTOIN S. REZKO
Claims Bar Date: 8/7/2013

Date: September 11, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5 300 7100 | GE Commercial Finance Business Property Corp. c/o Coston & Rademacher 105 W. Adams, Suite 1400 Chicago, IL 60603 | Unsecured | | $0.00 | $1,484,266.56 | $1,484,266.56 |
| 6 300 7100 | Trustee for Daniel S. Mahru Richard M. Fogel 321 N. Clark, Suite 800 Chicago, IL 60654 | Unsecured | | $0.00 | $1,260,276.09 | $1,260,276.09 |
| 7 300 7100 | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | Unsecured | | $0.00 | $440.00 | $440.00 |
| 8 300 7100 | Aspinalls Club Limited Stephanie Mills-Beachcroft LLC Portwall Place, Portwall Lane Bristol BS99 7UD | Unsecured | | $0.00 | $112,325.29 | $112,325.29 |
| 9 300 7100 | succ by merger to LaSalle Bank Bank of America Scott E Jensen Esq 101 N Wacker Dr Suite 101 Chicago, IL 60606 | Unsecured | | $0.00 | $3,394,556.68 | $3,394,556.68 |
| 10 300 7100 | LVNV Funding, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A. Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | | $0.00 | $36,694.63 | $36,694.63 |
| 11 300 7100 | Semir D. Sirazi c/o Scandaglia & Ryan 55 E. Monroe, Suite 3930 Chicago, IL 60603 | Unsecured | | $0.00 | $46,294,836.01 | $43,294,836.01 |
| 12 300 7100 | Mardini, Inc. c/o Scandaglia & Ryan 55 E. Monroe, Suite 3930 Chicago, IL 60603 | Unsecured | | $0.00 | $774,059.92 | $774,059.92 |
| 13 300 7100 | Greenstone Capital, LLC c/o Scandaglia & Ryan 55 E. Monroe, Suite 3930 Chicago, IL 60603 | Unsecured | | $0.00 | $1,932,794.92 | $1,932,794.92 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:08-11591-CAD      Date: September 11, 2014
Debtor Name: ANTOIN S. REZKO
Claims Bar Date: 8/7/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 14 | Papa John"s International, Inc. | Unsecured | | $0.00 | $976,980.21 | $976,980.21 |
| 300 | 2002 Papa John"s Blvd. | | | | | |
| 7100 | Louisville, KY 40299 | | | | | |
| | Case Totals | | | $0.00 | $61,543,368.15 | $58,543,368.15 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-11591  
Case Name: ANTOIN S. REZKO  
Trustee Name: GREGG SZILAGYI  

　　　　Balance on hand　　　　　　　　　　　　　　　　　　　　$

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ | $ | $ |
| Attorney for Trustee Fees: Jenner & Block | $ | $ | $ |
| Other: Jenner & Block | $ | $ | $ |

　　Total to be paid for chapter 7 administrative expenses　　　　$_____

　　Remaining Balance　　　　　　　　　　　　　　　　　　　　$_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $　　　　must be paid in advance of any dividend to general (unsecured) creditors.

　　Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Illinois Department of Employment Security | $ | $ | $ |

    Total to be paid to priority creditors      $_____

    Remaining Balance      $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Honeyland Prod. Profit Sh. Plan c/o Dan Hefter | $ | $ | $ |
| 2 | William M. Mahru c/o Dan Hefter | $ | $ | $ |
| 3 | N. A. MB Financial Bank | $ | $ | $ |
| 4 | Dr. Fortunee Massuda | $ | $ | $ |
| 5 | GE Commercial Finance Business Property Corp. | $ | $ | $ |
| 6 | Trustee for Daniel S. Mahru Richard M. Fogel | $ | $ | $ |
| 7 | Illinois Department of Employment Security | $ | $ | $ |
| 8 | Aspinalls Club Limited | $ | $ | $ |
| 9 | succ by merger to LaSalle Bank Bank of America | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | LVNV Funding, LLC its successors and assigns as | $ | $ | $ |
| 11 | Semir D. Sirazi | $ | $ | $ |
| 12 | Mardini, Inc. | $ | $ | $ |
| 13 | Greenstone Capital, LLC | $ | $ | $ |
| 14 | Papa John"s International, Inc. | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance      $_____


Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE