UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re:                                                §
                                                      §
ANTOIN S. REZKO                                       §        Case No. 08-11591
                                                      §
            Debtor(s)                                 §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GREGG SZILAGYI, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
            219 S. Dearborn Street
            Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/16/2014 in Courtroom 742,
            U.S. Bankrptcy Court
            219 S. Dearborn Street
            Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/16/2014                       By: /s/ Gregg Szilagyi
                                                          Trustee


*GREGG SZILAGYI*
*542 SOUTH DEARBORN STREET*
*SUITE 1400*
*CHICAGO, IL  60605*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
                                      §
ANTOIN S. REZKO                       §         Case No. 08-11591
                                      §
          Debtor(s)                   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 1,136,509.27 |
| and approved disbursements of | $ | 141,446.87 |
| leaving a balance on hand of[1] | $ | 995,062.40 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Attorney for Trustee Fees: Jenner & Block | $ 261,250.00 | $ 0.00 | $ 261,250.00 |
| Other: Jenner & Block | $ 8,086.75 | $ 0.00 | $ 8,086.75 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 269,336.75 |
| Remaining Balance | $ 725,725.65 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 4,520.17 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Illinois Department of Employment Security | $ 4,520.17 | $ 0.00 | $ 4,520.17 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 4,520.17 |
| Remaining Balance | $ | 721,205.48 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 58,269,511.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Honeyland Prod. Profit Sh. Plan c/o Dan Hefter | $ 203,359.78 | $ 0.00 | $ 2,517.00 |
| 2 | William M. Mahru c/o Dan Hefter | $ 203,359.78 | $ 0.00 | $ 2,517.00 |
| 3 | N. A. MB Financial Bank | $ 372,530.95 | $ 0.00 | $ 4,610.84 |
| 4 | Dr. Fortunee Massuda | $ 4,223,030.41 | $ 0.00 | $ 52,268.72 |
| 5 | GE Commercial Finance Business Property Corp. | $ 1,484,266.56 | $ 0.00 | $ 18,370.86 |
| 6 | Trustee for Daniel S. Mahru Richard M. Fogel | $ 1,260,276.09 | $ 0.00 | $ 15,598.52 |
| 7 | Illinois Department of Employment Security | $ 440.00 | $ 0.00 | $ 5.45 |
| 8 | Aspinalls Club Limited | $ 112,325.29 | $ 0.00 | $ 1,390.26 |
| 9 | succ by merger to LaSalle Bank Bank of America | $ 3,394,556.68 | $ 0.00 | $ 42,014.65 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | LVNV Funding, LLC its successors and assigns as | $ 36,694.63 | $ 0.00 | $ 454.17 |
| 11 | Semir D. Sirazi | $ 43,294,836.01 | $ 0.00 | $ 535,862.96 |
| 12 | Mardini, Inc. | $ 774,059.92 | $ 0.00 | $ 9,580.59 |
| 13 | Greenstone Capital, LLC | $ 1,932,794.92 | $ 0.00 | $ 23,922.32 |
| 14 | Papa John"s International, Inc. | $ 976,980.21 | $ 0.00 | $ 12,092.14 |

Total to be paid to timely general unsecured creditors       $       721,205.48

Remaining Balance                                           $             0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Gregg Szilagyi
Trustee

GREGG SZILAGYI
542 SOUTH DEARBORN STREET
SUITE 1400
CHICAGO, IL  60605

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                               Northern District of Illinois

In re:                                                        Case No. 08-11591-CAD
Antoin S Rezko                                                Chapter 7
         Debtor                       CERTIFICATE OF NOTICE

District/off: 0752-1            User: arodarte              Page 1 of 3              Date Rcvd: Sep 17, 2014
                                Form ID: pdf006             Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2014.
db           +Antoin S Rezko,    1250 Chestnut Ave,    Wilmette, IL 60091-1616
15663285      Aspinallis Club Limited,    c/o Ms. Felicity Carroll,    Beachcroft LLP,    10-22 Victoria Street,
               Bristol BS99 7UD,    011 44 1179182729
20833785     +Bank of America, succ by merger to LaSalle Bank,     Scott E Jensen Esq,
               101 N Wacker Dr Suite 101,    Chicago,IL 60606-1714
15663279    #+Belagio, LLC,    c/o Robert G. Markoff, Esq.,    Baker Miller Markoff & Krasny LLC,
               29 N. Wacker Drive, 5th Floor,    Chicago, IL 60606-3227
15663270     +Daniel Frawley,    c/o Steven D. Blanc, Esquire,    Law Offices of Steven D. Blanc, Ltd,
               825 Green Bay Road, Suite 250,    Wilmette, IL 60091-2589
15663273     +Desert Palace, Inc. d/b/a Caesars Palace,    One Harrah's Court,    Las Vegas, NV 89119-4377
15663274     +Desert Palace, Inc. d/b/a Caesars Palace,    c/o Vernon Nelson, Jr., Esq.,
               Harrah's Entertainment, Inc.,    One Harrah's Court,    Las Vegas, NV 89119-4377
12489561     +Dr.Fortunee Massuda,    C/O Brad S Grayson,Straus & Malk LLP,    135 Revere Drive,,
               Northbrook, IL 60062-1555
15663258     +Fortunee Massuda,    181 Sheridan Rd,    Winnetka, IL 60093-1570
15663259     +Fortunee Massuda,    c/o Robert Keck,    333 N. Michigan Ave., #501,    Chicago, IL 60601-3936
15663286     +Freeborn & Peters LLP,    c/o David C. Gustman, Esq.,    311 South Wacker Drive,    Suite 3000,
               Chicago, Illinois 60606-6679
15663268     +GC Services Limited Partnership,    940 Westport Plaza, Suite 425,    St. Louis, MO 63146-3118
12686329     +GE Commercial Finance Business Property Corp.,     c/o Coston & Rademacher,
               105 W. Adams, Suite 1400,    Chicago, IL 60603-6206
15663263     +Greenstone Capital, LLC,    500 Elmwood Ave,    Wilmette, IL 60091-1974
15663264     +Greenstone Capital, LLC,    c/o Scandaglia & Ryan,    55 E. Monroe, Suite 3440,
               Chicago, IL 60603-5802
15663271     +Harrah's Entertainment, Inc.,    One Harrah's Court,    Las Vegas, NV 89119-4377
15663272     +Harrah's Entertainment, Inc.,    c/o Vernon Nelson, Jr., Esq.,    One Harrah's Court,
               Las Vegas, NV 89119-4377
12304631     +Honeyland Prod. Profit Sh. Plan c/o Dan Hefter,     200 W. Madison St., Suite 3000,
               Chicago, IL 60606-3417
15608174     +Illinois Department of Employment Security,     33 South State Street,
               Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
15663267     +LaSalle Bank N.A.,    c/o Scott Jensen,    Murray Jensen & Wilson Ltd,
               101 N. Wacker Drive, #101,    Chicago, IL 60606-1714
15663260     +M&I Marshall & Ilsley Bank,    c/o Mark D. Bellongia,    Belongia & Shapiro LLP,
               53 W. Jackson Blvd #315,    Chicago, IL 60604-3692
15663266     +Mardini, Inc.,    c/o Scandaglia & Ryan,    55 E. Monroe, Suite 3440,    Chicago, IL 60603-5802
15663265     +Mardini, Inc.,    500 Elmwood Ave,    Wilmette, IL 60091-1974
15663284     +Nationwide Credit, Inc. (Br-23) (American Express,     2015 Vaughn Road, Building 400,
               Kennesaw, GA 30144-7802
14059256     +Panda Restaurant Group, Inc.,    C/O Johnson & Bell, Ltd.,    33 W Monroe St., Suite 2700,
               Chicago, IL 60603-5404
20845779     +Papa John's International, Inc.,    Attn: Susan D.Rector,    2002 Papa John's Blvd.,
               Louisville, KY 40299-3393
15663287     +Papa Johns International, Inc.,    c/o Charles L. ('Lee') Thomason,    Corporate Counsel,
               2002 Papa John's Blvd,    Louisville, KY 40299-3393
15663275     +Parball, Inc. d/b/a Bally's Las Vegas,    One Harrah's Court,    Las Vegas, NV 89119-4377
15663276     +Parball, Inc. d/b/a Bally's Las Vegas,    c/o Vernon Nelson, Jr., Esq.,
               Harrah's Entertainment, Inc.,    One Harrah's Court,    Las Vegas, NV 89119-4377
15663277     +Paris Las Vegas,    One Harrah's Court,    Las Vegas, NV 89119-4377
15663278     +Paris Las Vegas,    c/o Vernon Nelson, Jr., Esq.,    Harrah's Entertainment, Inc.,
               One Harrah's Court,    Las Vegas, NV 89119-4377
15663288      Ramco Inc.,    c/o Alfred Roumi,    2525 Rue De Lacajoux #409,
               Ville St Laurent, Quebec H4R-2W9   Canada
15460726     +Richard M. Fogel, Trustee for Daniel S. Mahru,     321 N. Clark, Suite 800,
               Chicago, IL 60654-4766
15663289      Roumi Group,    c/o Alfred Roumi,    2525 Rue De Lacajoux #409,
               Ville St Laurent, Quebec H4R-2W9   Canada
15663290      Roumi International,    c/o Alfred Roumi,    2525 Rue De Lacajoux #409,
               Ville St Laurent, Quebec H4R-2W9   Canada
15663261     +Semir D. Sirazi,    500 Elmwood Ave,    Wilmette, IL 60091-1974
15663262     +Semir D. Sirazi,    c/o Scandaglia & Ryan,    55 E. Monroe, Suite 3440,    Chicago, IL 60603-5802
12304630     +William M. Mahru c/o Dan Hefter,    200 W. Madison St., Suite 3000,    Chicago, IL 60606-3417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20841715       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 18 2014 01:16:31
               LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
               N.A.,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15663283     +E-mail/Text: bankruptcydepartment@ncogroup.com Sep 18 2014 01:06:07
               NCO Financial Systems (American Express),    500 North Franklin Turnpike,
               Ramsey, NJ 07446-1177,    Attention: Mr. George Trout
                                                                                              TOTAL: 2
```

```
District/off: 0752-1              User: arodarte              Page 2 of 3              Date Rcvd: Sep 17, 2014
                                  Form ID: pdf006             Total Noticed: 40

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15625402          Aspinalls Club Limited,    Stephanie Mills-Beachcroft LLC,    Portwall Place,,
                  Portwall Lane, Bristol BS99 7UD
15663282*        +GE Commercial Finance Business Property Corp.,    c/o Coston & Rademacher,
                  105 W. Adams, Suite 1400,    Chicago, IL 60603-6206
15663280*        +Honeyland Prod. Profit Sh. Plan,    c/o Dan Hefter,    200 W. Madison St., Suite 3000,
                  Chicago, IL 60606-3417
15663281*        +William M. Mahru,    c/o Dan Hefter,    200 W. Madison St., Suite 3000,    Chicago, IL 60606-3417
12327622       ##+MB Financial Bank, N.A.,    c/o Lupel Weininger LLP,    Marjorie E. Schaffner,
                  30 N. LaSalle St., Suite 3520,    Chicago, IL 60602-3334
15663269       ##+MB Financial Bank, NA,    c/o Michael Weininger,    Lupel Weininger, LLP,
                  30 N. LaSalle St., #3520,    Chicago, IL 60602-3334
                                                                                              TOTALS: 1, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2014                                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2014 at the address(es) listed below:
              Catherine L Steege, ESQ    on behalf of Plaintiff Gregg  Szilagyi, not inidividually, but solely
               as chapter 7 trustee for the bankruptcy estate of Antoin S. Rezko csteege@jenner.com,
               docketing@jenner.com
              Catherine L Steege, ESQ    on behalf of Trustee Gregg  Szilagyi csteege@jenner.com,
               docketing@jenner.com
              Catherine L Steege, ESQ    on behalf of Plaintiff Gregg  Szilagyi csteege@jenner.com,
               docketing@jenner.com
              Frances  Gecker    on behalf of Petitioning Creditor Semir D Sirazi fgecker@fgllp.com
              Gregg Szilagyi    gs@tailserv.com, gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com
              Gregory  Scandaglia    on behalf of Petitioning Creditor   Mardini Inc
               gscandaglia@scandagliaryan.com,
               jlecaroz@scandagliaryan.com;dmaziarka@scandagliaryan.com;dwaters@scandagliaryan.com;syohalem@scan
               dagliaryan.com
              Gregory  Scandaglia    on behalf of Petitioning Creditor Semir D Sirazi
               gscandaglia@scandagliaryan.com,
               jlecaroz@scandagliaryan.com;dmaziarka@scandagliaryan.com;dwaters@scandagliaryan.com;syohalem@scan
               dagliaryan.com
              Gregory  Scandaglia    on behalf of Petitioning Creditor   Greenstone Captal LLC
               gscandaglia@scandagliaryan.com,
               jlecaroz@scandagliaryan.com;dmaziarka@scandagliaryan.com;dwaters@scandagliaryan.com;syohalem@scan
               dagliaryan.com
              Howard L. Adelman    on behalf of Defendant Antoin S Rezko hla@ag-ltd.com
              Howard L. Adelman    on behalf of Debtor Antoin S Rezko hla@ag-ltd.com
              Joseph D Frank    on behalf of Petitioning Creditor Semir D Sirazi jfrank@fgllp.com,
               ccarpenter@fgllp.com;jkleinman@fgllp.com
              Justin  Volmert    on behalf of Creditor   Panda Restaurant Group, Inc. volmertj@jbltd.com
              Micah R Krohn    on behalf of Petitioning Creditor Semir D Sirazi mkrohn@fgllp.com,
               ccarpenter@fgllp.com
              Michael B Weininger    on behalf of Creditor   MB Financial Bank mweininger@lw-llp.com,
               cpotter@lw-llp.com
              Nathan Q. Rugg    on behalf of Debtor Antoin S Rezko nrugg@ag-ltd.com, lhope@ag-ltd.com
              Patricia E. Rademacher    on behalf of Creditor   GE Commercial Finance Business Property
               Corporation prademacher@costonlaw.com,
               jrojas@costonlaw.com;vivers@costonlaw.com;amuchoney@costonlaw.com
```

```
District/off: 0752-1          User: arodarte              Page 3 of 3              Date Rcvd: Sep 17, 2014
                              Form ID: pdf006             Total Noticed: 40
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Richard H Fimoff    on behalf of Petitioning Creditor   M&I Marshall & Ilsley Bank
         rfimoff@rsplaw.com,  fb@rsplaw.com
        Robert C Keck    on behalf of Creditor Fortunee  Massuda kecklawfirm@yahoo.com
        Robert M Fishman    on behalf of Defendant   Freeborn & Peters LLP rfishman@shawfishman.com,
         kjanecki@shawfishman.com
        Scott E Jensen    on behalf of Creditor   LASALLE BANK NA sjensen@mjwchicago.com
        Seth R Yohalem    on behalf of Petitioning Creditor Semir D Sirazi syohalem@scandagliaryan.com,
         dwaters@scandagliaryan.com;jlecaroz@scandagliaryan.com;dmaziarka@scandagliaryan.com
        Seth R Yohalem    on behalf of Petitioning Creditor   Greenstone Captal LLC
         syohalem@scandagliaryan.com,
         dwaters@scandagliaryan.com;jlecaroz@scandagliaryan.com;dmaziarka@scandagliaryan.com
        Seth R Yohalem    on behalf of Petitioning Creditor   Mardini Inc syohalem@scandagliaryan.com,
         dwaters@scandagliaryan.com;jlecaroz@scandagliaryan.com;dmaziarka@scandagliaryan.com
        Steven M Hartmann    on behalf of Defendant   Freeborn & Peters LLP shartmann@freeborn.com,
         bkdocketing@freeborn.com;nstinson@freeborn.com
        Terence G Banich    on behalf of Defendant   Freeborn & Peters LLP tbanich@shawfishman.com,
         kbobb@shawfishman.com

                                                                                     TOTAL: 26