# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                  §
                                        §
ANTOIN S. REZKO                         §        Case No. 08-11591
                                        §
            Debtor(s)                   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GREGG SZILAGYI, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on              .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/GREGG SZILAGYI _____
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | | | | | |
| Gregg Szilagyi | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| International Sureties Ltd. | | | | | |
| Semir D. Sirazi, Mardini Inc., Greenhouse Capital LLC | | | | | |
| VANGUARD ARCHIVES LLC | | | | | |
| Associated Bank | | | | | |
| Bank of America | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| VANGUARD ARCHIVES LLC | | | | | |
| Jenner & Block | | | | | |
| Jenner & Block | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Illinois Department of Employment Security | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aspinalls Club Limited | | | | | |
| 8 | Aspinalls Club Limited | | | | | |
| 4 | Dr. Fortunee Massuda | | | | | |
| | Dr. Fortunee Massuda | | | | | |
| 5 | GE Commercial Finance Business Property Corp. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13 | Greenstone Capital, LLC | | | | | |
| 1 | Honeyland Prod. Profit Sh. Plan c/o Dan Hefter | | | | | |
| 7 | Illinois Department of Employment Security | | | | | |
| 10 | LVNV Funding, LLC its successors and assigns as | | | | | |
| 12 | Mardini, Inc. | | | | | |
| 3 | N. A. MB Financial Bank | | | | | |
| 14 | Papa John"s International, Inc. | | | | | |
| 11 | Semir D. Sirazi | | | | | |
| 9 | succ by merger to LaSalle Bank Bank of America | | | | | |
| 6 | Trustee for Daniel S. Mahru Richard M. Fogel | | | | | |
| 2 | William M. Mahru c/o Dan Hefter | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 08-11591 | CAD | Judge: | Carol A. Doyle | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|---|---|---|
| Case Name: | ANTOIN S. REZKO | | | | Date Filed (f) or Converted (c): | 05/07/2008 (f) |
| | | | | | 341(a) Meeting Date: | |
| For Period Ending: | 05/05/2015 | | | | Claims Bar Date: | 08/07/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  ESCROW PROCEEDS (u) | 0.00 | 0.00 | | 201,446.83 | FA |
| 2.  AVOIDANCE ACTION - FREEBORN & PETERS (u) | Unknown | 0.00 | | 925,000.00 | FA |
| 3.  INTEREST IN TSR, LLC (u) | Unknown | 0.00 | | 10,000.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 62.44 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $0.00 | $0.00 | | $1,136,509.27 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/2011          Current Projected Date of Final Report (TFR): 09/01/2014

## FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 08-11591
Case Name: ANTOIN S. REZKO

Taxpayer ID No: XX-XXX2648
For Period Ending: 05/05/2015

Trustee Name: GREGG SZILAGYI
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5369
Checking Acccount
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/12 | | Transfer from Acct# XXXXXX2286 | Transfer of Funds | 9999-000 | $1,018,312.70 | | $1,018,312.70 |
| 10/16/12 | | Associated Bank | Technology Fee | 2600-000 | | $627.73 | $1,017,684.97 |
| 11/05/12 | | Associated Bank | Technology Fee | 2600-000 | | $648.44 | $1,017,036.53 |
| 12/07/12 | | Associated Bank | Technology Fee | 2600-000 | | $626.99 | $1,016,409.54 |
| 01/08/13 | | Associated Bank | Technology Fee | 2600-000 | | $647.52 | $1,015,762.02 |
| 02/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $1,509.95 | $1,014,252.07 |
| 03/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $1,362.03 | $1,012,890.04 |
| 03/13/13 | 1002 | INTERNATIONAL SURETIES LTD 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | | 2990-000 | | $1,353.60 | $1,011,536.44 |
| 04/05/13 | | Associated Bank | Technology Fee | 2600-000 | | $1,505.07 | $1,010,031.37 |
| 05/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $1,453.07 | $1,008,578.30 |
| 06/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $1,499.47 | $1,007,078.83 |
| 07/03/13 | 3 | UP DEVELOPMENT | PROCEEDS OF SALE OF INTEREST | 1210-000 | $10,000.00 | | $1,017,078.83 |
| 07/08/13 | | Associated Bank | Technology Fee | 2600-000 | | $1,448.97 | $1,015,629.86 |
| 08/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $1,509.06 | $1,014,120.80 |
| 09/09/13 | | Associated Bank | Technology Fee | 2600-000 | | $1,507.72 | $1,012,613.08 |
| 10/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $1,457.08 | $1,011,156.00 |
| 11/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $1,503.30 | $1,009,652.70 |

Page Subtotals:    $1,028,312.70    $18,660.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No:  08-11591 | Trustee Name:  GREGG SZILAGYI |
| Case Name:  ANTOIN S. REZKO | Bank Name:  Associated Bank |
| | Account Number/CD#:  XXXXXX5369 |
| | Checking Acccount |
| Taxpayer ID No:  XX-XXX2648 | Blanket Bond (per case limit):  $5,000,000.00 |
| For Period Ending:  05/05/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/06/13 | | Associated Bank | Technology Fee | 2600-000 | | $1,452.67 | $1,008,200.03 |
| 01/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $1,498.84 | $1,006,701.19 |
| 02/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $1,496.76 | $1,005,204.43 |
| 02/10/14 | 1003 | International Sureties Ltd. | Bond Premium | 2300-000 | | $1,459.20 | $1,003,745.23 |
| 03/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $1,349.11 | $1,002,396.12 |
| 04/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $1,490.25 | $1,000,905.87 |
| 05/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $1,440.09 | $999,465.78 |
| 06/06/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $1,485.92 | $997,979.86 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $1,435.81 | $996,544.05 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $1,481.65 | $995,062.40 |
| 10/16/14 | 1004 | Jenner & Block | Final distribution representing a payment of 100.00 % per court order. Reversal | 3210-000 | | ($261,250.00) | $1,256,312.40 |
| 10/16/14 | 1005 | Jenner & Block | Final distribution representing a payment of 100.00 % per court order. Reversal | 3220-000 | | ($8,086.75) | $1,264,399.15 |

| | | | Page Subtotals: | | $0.00 | ($254,746.45) | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-11591 | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|
| Case Name: | ANTOIN S. REZKO | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5369 |
| | | | Checking Acccount |
| Taxpayer ID No: | XX-XXX2648 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 05/05/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/16/14 | 1006 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Distribution Reversal | | | ($4,525.62) | $1,268,924.77 |
| | | Illinois Department of Employment Security | Final distribution to claim 7   $4,520.17<br>representing a payment of<br>100.00 % per court order. | 5800-000 | | | |
| | | Illinois Department of Employment Security | Final distribution to claim 7   $5.45<br>representing a payment of 1.24<br>% per court order. | 7100-000 | | | |
| 10/16/14 | 1007 | Honeyland Prod. Profit Sh. Plan c/o Dan Hefter<br>200 W. Madison St., Suite 3000<br>Chicago, IL 60606 | Final distribution to claim 1<br>representing a payment of 1.24<br>% per court order. Reversal | 7100-000 | | ($2,517.00) | $1,271,441.77 |
| 10/16/14 | 1008 | William M. Mahru c/o Dan Hefter<br>200 W. Madison St., Suite 3000<br>Chicago, IL 60606 | Final distribution to claim 2<br>representing a payment of 1.24<br>% per court order. Reversal | 7100-000 | | ($2,517.00) | $1,273,958.77 |
| 10/16/14 | 1009 | N. A. MB Financial Bank<br>c/o Lupel Weininger LLP<br>Marjorie E. Schaffner<br>30 N. LaSalle St., Suite 3520<br>Chicago, IL 60602 | Final distribution to claim 3<br>representing a payment of 1.24<br>% per court order. Reversal | 7100-000 | | ($4,610.84) | $1,278,569.61 |
| 10/16/14 | 1010 | Dr. Fortunee Massuda<br>C/O Brad S Grayson,Straus & Malk LLP<br>135 Revere Drive<br>Northbrook, IL 60062 | Final distribution to claim 4<br>representing a payment of 1.24<br>% per court order. Reversal | 7100-000 | | ($52,268.72) | $1,330,838.33 |
| 10/16/14 | 1011 | GE Commercial Finance Business Property Corp.<br>c/o Coston & Rademacher<br>105 W. Adams, Suite 1400<br>Chicago, IL 60603 | Final distribution to claim 5<br>representing a payment of 1.24<br>% per court order. Reversal | 7100-000 | | ($18,370.86) | $1,349,209.19 |
| 10/16/14 | 1012 | Trustee for Daniel S. Mahru Richard M. Fogel<br>321 N. Clark, Suite 800<br>Chicago, IL 60654 | Final distribution to claim 6<br>representing a payment of 1.24<br>% per court order. Reversal | 7100-000 | | ($15,598.52) | $1,364,807.71 |

| | Page Subtotals: | $0.00 | ($100,408.56) |
|---|---|---|---|

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: 08-11591 | | Trustee Name: GREGG SZILAGYI |
| Case Name: ANTOIN S. REZKO | | Bank Name: Associated Bank |
| | | Account Number/CD#: XXXXXX5369 |
| | | Checking Acccount |
| Taxpayer ID No: XX-XXX2648 | | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/05/2015 | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/16/14 | 1013 | Aspinalls Club Limited Stephanie Mills-Beachcroft LLC Portvall Place, Portvall Lane Bristol BS99 7UD | Final distribution to claim 8 representing a payment of 1.24 % per court order. Reversal | 7100-000 | | ($1,390.26) | $1,366,197.97 |
| 10/16/14 | 1014 | succ by merger to LaSalle Bank Bank of America Scott E Jensen Esq 101 N Wacker Dr Suite 101 Chicago, IL  60606 | Final distribution to claim 9 representing a payment of 1.24 % per court order. Reversal | 7100-000 | | ($42,014.65) | $1,408,212.62 |
| 10/16/14 | 1015 | LVNV Funding, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A. Resurgent Capital Services PO Box 10587 Greenville, SC  29603-0587 | Final distribution to claim 10 representing a payment of 1.24 % per court order. Reversal | 7100-000 | | ($454.17) | $1,408,666.79 |
| 10/16/14 | 1016 | Semir D. Sirazi c/o Scandaglia & Ryan 55 E. Monroe, Suite 3930 Chicago, IL  60603 | Final distribution to claim 11 representing a payment of 1.24 % per court order. Reversal | 7100-000 | | ($535,862.96) | $1,944,529.75 |
| 10/16/14 | 1017 | Mardini, Inc. c/o Scandaglia & Ryan 55 E. Monroe, Suite 3930 Chicago, IL  60603 | Final distribution to claim 12 representing a payment of 1.24 % per court order. Reversal | 7100-000 | | ($9,580.59) | $1,954,110.34 |
| 10/16/14 | 1018 | Greenstone Capital, LLC c/o Scandaglia & Ryan 55 E. Monroe, Suite 3930 Chicago, IL  60603 | Final distribution to claim 13 representing a payment of 1.24 % per court order. Reversal | 7100-000 | | ($23,922.32) | $1,978,032.66 |
| 10/16/14 | 1019 | Papa John"s International, Inc. 2002 Papa John"s Blvd. Louisville, KY  40299 | Final distribution to claim 14 representing a payment of 1.24 % per court order. Reversal | 7100-000 | | ($12,092.14) | $1,990,124.80 |
| 10/16/14 | 1004 | Jenner & Block | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $261,250.00 | $1,728,874.80 |
| 10/16/14 | 1005 | Jenner & Block | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | $8,086.75 | $1,720,788.05 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Page Subtotals:   $0.00   ($355,980.34)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-11591 | | | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|---|---|
| Case Name: | ANTOIN S. REZKO | | | Bank Name: | Associated Bank |
| | | | | Account Number/CD#: | XXXXXX5369 |
| | | | | | Checking Acccount |
| Taxpayer ID No: | XX-XXX2648 | | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 05/05/2015 | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/16/14 | 1006 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois  60603<br>Attn: Bankruptcy Unit - 10th flr. | Distribution | | | $4,525.62 | $1,716,262.43 |
| | | Illinois Department of Employment Security | Final distribution to claim 7    ($4,520.17) representing a payment of 100.00 % per court order. | 5800-000 | | | |
| | | Illinois Department of Employment Security | Final distribution to claim 7    ($5.45) representing a payment of 1.24 % per court order. | 7100-000 | | | |
| 10/16/14 | 1007 | Honeyland Prod. Profit Sh. Plan c/o Dan Hefter<br>200 W. Madison St., Suite 3000<br>Chicago, IL  60606 | Final distribution to claim 1 representing a payment of 1.24 % per court order. | 7100-000 | | $2,517.00 | $1,713,745.43 |
| 10/16/14 | 1008 | William M. Mahru c/o Dan Hefter<br>200 W. Madison St., Suite 3000<br>Chicago, IL  60606 | Final distribution to claim 2 representing a payment of 1.24 % per court order. | 7100-000 | | $2,517.00 | $1,711,228.43 |
| 10/16/14 | 1009 | N. A. MB Financial Bank<br>c/o Lupel Weininger LLP<br>Marjorie E. Schaffner<br>30 N. LaSalle St., Suite 3520<br>Chicago, IL  60602 | Final distribution to claim 3 representing a payment of 1.24 % per court order. | 7100-000 | | $4,610.84 | $1,706,617.59 |
| 10/16/14 | 1010 | Dr. Fortunee Massuda<br>C/O Brad S Grayson,Straus & Malk LLP<br>135 Revere Drive<br>Northbrook, IL  60062 | Final distribution to claim 4 representing a payment of 1.24 % per court order. | 7100-000 | | $52,268.72 | $1,654,348.87 |
| 10/16/14 | 1011 | GE Commercial Finance Business Property Corp.<br>c/o Coston & Rademacher<br>105 W. Adams, Suite 1400<br>Chicago, IL  60603 | Final distribution to claim 5 representing a payment of 1.24 % per court order. | 7100-000 | | $18,370.86 | $1,635,978.01 |
| 10/16/14 | 1012 | Trustee for Daniel S. Mahru Richard M. Fogel<br>321 N. Clark, Suite 800<br>Chicago, IL  60654 | Final distribution to claim 6 representing a payment of 1.24 % per court order. | 7100-000 | | $15,598.52 | $1,620,379.49 |

Page Subtotals:                    $0.00        $100,408.56

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 08-11591
Case Name: ANTOIN S. REZKO

Taxpayer ID No: XX-XXX2648
For Period Ending: 05/05/2015

Trustee Name: GREGG SZILAGYI
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5369
Checking Acccount
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/16/14 | 1013 | Aspinalls Club Limited Stephanie Mills-Beachcroft LLC Portvall Place, Portvall Lane Bristol BS99 7UD | Final distribution to claim 8 representing a payment of 1.24 % per court order. | 7100-000 | | $1,390.26 | $1,618,989.23 |
| 10/16/14 | 1014 | succ by merger to LaSalle Bank Bank of America Scott E Jensen Esq 101 N Wacker Dr Suite 101 Chicago, IL  60606 | Final distribution to claim 9 representing a payment of 1.24 % per court order. | 7100-000 | | $42,014.65 | $1,576,974.58 |
| 10/16/14 | 1015 | LVNV Funding, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A. Resurgent Capital Services PO Box 10587 Greenville, SC  29603-0587 | Final distribution to claim 10 representing a payment of 1.24 % per court order. | 7100-000 | | $454.17 | $1,576,520.41 |
| 10/16/14 | 1016 | Semir D. Sirazi c/o Scandaglia & Ryan 55 E. Monroe, Suite 3930 Chicago, IL  60603 | Final distribution to claim 11 representing a payment of 1.24 % per court order. | 7100-000 | | $535,862.96 | $1,040,657.45 |
| 10/16/14 | 1017 | Mardini, Inc. c/o Scandaglia & Ryan 55 E. Monroe, Suite 3930 Chicago, IL  60603 | Final distribution to claim 12 representing a payment of 1.24 % per court order. | 7100-000 | | $9,580.59 | $1,031,076.86 |
| 10/16/14 | 1018 | Greenstone Capital, LLC c/o Scandaglia & Ryan 55 E. Monroe, Suite 3930 Chicago, IL  60603 | Final distribution to claim 13 representing a payment of 1.24 % per court order. | 7100-000 | | $23,922.32 | $1,007,154.54 |
| 10/16/14 | 1019 | Papa John"s International, Inc. 2002 Papa John"s Blvd. Louisville, KY  40299 | Final distribution to claim 14 representing a payment of 1.24 % per court order. | 7100-000 | | $12,092.14 | $995,062.40 |
| 10/16/14 | 1020 | Gregg Szilagyi 542 South Dearborn Street Suite 1060 Chicago, Illinois  60605 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $57,345.28 | $937,717.12 |
| 10/16/14 | 1021 | Jenner & Block | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $261,250.00 | $676,467.12 |

Page Subtotals:                                           $0.00          $943,912.37

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 08-11591 | Trustee Name: GREGG SZILAGYI |
| Case Name: ANTOIN S. REZKO | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5369 |
| | Checking Acccount |
| Taxpayer ID No: XX-XXX2648 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/05/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/16/14 | 1022 | Jenner & Block | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | $8,086.75 | $668,380.37 |
| 10/16/14 | 1023 | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | Distribution | | | $4,525.18 | $663,855.19 |
| | | Illinois Department of Employment Security | Final distribution to claim 7 ($4,520.17) representing a payment of 100.00 % per court order. | 5800-000 | | | |
| | | Illinois Department of Employment Security | Final distribution to claim 7 ($5.01) representing a payment of 1.14 % per court order. | 7100-000 | | | |
| 10/16/14 | 1024 | Honeyland Prod. Profit Sh. Plan c/o Dan Hefter 200 W. Madison St., Suite 3000 Chicago, IL 60606 | Final distribution to claim 1 representing a payment of 1.14 % per court order. | 7100-000 | | $2,316.86 | $661,538.33 |
| 10/16/14 | 1025 | William M. Mahru c/o Dan Hefter 200 W. Madison St., Suite 3000 Chicago, IL 60606 | Final distribution to claim 2 representing a payment of 1.14 % per court order. | 7100-000 | | $2,316.86 | $659,221.47 |
| 10/16/14 | 1026 | N. A. MB Financial Bank c/o Lupel Weininger LLP Marjorie E. Schaffner 30 N. LaSalle St., Suite 3520 Chicago, IL 60602 | Final distribution to claim 3 representing a payment of 1.14 % per court order. | 7100-000 | | $4,244.22 | $654,977.25 |
| 10/16/14 | 1027 | Dr. Fortunee Massuda C/O Brad S Grayson,Straus & Malk LLP 135 Revere Drive Northbrook, IL 60062 | Final distribution to claim 4 representing a payment of 1.14 % per court order. | 7100-000 | | $48,112.67 | $606,864.58 |
| 10/16/14 | 1028 | GE Commercial Finance Business Property Corp. c/o Coston & Rademacher 105 W. Adams, Suite 1400 Chicago, IL 60603 | Final distribution to claim 5 representing a payment of 1.14 % per court order. | 7100-000 | | $16,910.14 | $589,954.44 |
| 10/16/14 | 1029 | Trustee for Daniel S. Mahru Richard M. Fogel 321 N. Clark, Suite 800 Chicago, IL 60654 | Final distribution to claim 6 representing a payment of 1.14 % per court order. | 7100-000 | | $14,358.23 | $575,596.21 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 08-11591

Case Name: ANTOIN S. REZKO

Taxpayer ID No: XX-XXX2648

For Period Ending: 05/05/2015

Trustee Name:  GREGG SZILAGYI

Bank Name:  Associated Bank

Account Number/CD#:  XXXXXX5369

Checking Acccount

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/16/14 | 1030 | Aspinalls Club Limited Stephanie Mills-Beachcroft LLC Portwall Place, Portwall Lane Bristol BS99 7UD | Final distribution to claim 8 representing a payment of 1.14 % per court order. | 7100-000 | | $1,279.71 | $574,316.50 |
| 10/16/14 | 1031 | succ by merger to LaSalle Bank Bank of America Scott E Jensen Esq 101 N Wacker Dr Suite 101 Chicago, IL  60606 | Final distribution to claim 9 representing a payment of 1.14 % per court order. | 7100-000 | | $38,673.93 | $535,642.57 |
| 10/16/14 | 1032 | LVNV Funding, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A. Resurgent Capital Services PO Box 10587 Greenville, SC  29603-0587 | Final distribution to claim 10 representing a payment of 1.14 % per court order. | 7100-000 | | $418.06 | $535,224.51 |
| 10/16/14 | 1033 | Semir D. Sirazi c/o Scandaglia & Ryan 55 E. Monroe, Suite 3930 Chicago, IL  60603 | Final distribution to claim 11 representing a payment of 1.14 % per court order. | 7100-000 | | $493,254.84 | $41,969.67 |
| 10/16/14 | 1034 | Mardini, Inc. c/o Scandaglia & Ryan 55 E. Monroe, Suite 3930 Chicago, IL  60603 | Final distribution to claim 12 representing a payment of 1.14 % per court order. | 7100-000 | | $8,818.81 | $33,150.86 |
| 10/16/14 | 1035 | Greenstone Capital, LLC c/o Scandaglia & Ryan 55 E. Monroe, Suite 3930 Chicago, IL  60603 | Final distribution to claim 13 representing a payment of 1.14 % per court order. | 7100-000 | | $22,020.19 | $11,130.67 |
| 10/16/14 | 1036 | Papa John"s International, Inc. 2002 Papa John"s Blvd. Louisville, KY  40299 | Final distribution to claim 14 representing a payment of 1.14 % per court order. | 7100-000 | | $11,130.67 | $0.00 |
| 01/29/15 | 1027 | Dr. Fortunee Massuda C/O Brad S Grayson,Straus & Malk LLP 135 Revere Drive Northbrook, IL  60062 | Final distribution to claim 4 representing a payment of 1.14 % per court order. Reversal | 7100-000 | | ($48,112.67) | $48,112.67 |
| 01/29/15 | 1037 | Dr. Fortunee Massuda 181 Sheridan Rd Winnetka, IL 60093 | DISTRIBUTION ON CLAIM NO. 4 | 7100-000 | | $48,112.67 | $0.00 |

Page Subtotals:            $0.00      $575,596.21

Case 08-11591   Doc 165   Filed 05/18/15   Entered 05/18/15 12:32:10   Desc Main
Document   Page 16 of 21

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 08-11591 | Trustee Name: GREGG SZILAGYI | |
| Case Name: ANTOIN S. REZKO | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX5369 | |
| | Checking Acccount | |
| Taxpayer ID No: XX-XXX2648 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 05/05/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/04/15 | 1030 | Aspinalls Club Limited Stephanie Mills-Beachcroft LLC Portwall Place, Portwall Lane Bristol BS99 7UD | Final distribution to claim 8 representing a payment of 1.14 % per court order. Reversal | 7100-000 | | ($1,279.71) | $1,279.71 |
| 03/04/15 | 1038 | Aspinalls Club Limited Stephanie Mills-Beachcroft LLC Portwall Place, Portwall Lane Bristol BS99 7UD | DISTRIBUTION ON CLAIM | 7100-000 | | $1,279.71 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $1,028,312.70 | $1,028,312.70 |
| Less: Bank Transfers/CD's | | $1,018,312.70 | $0.00 |
| Subtotal | | $10,000.00 | $1,028,312.70 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $10,000.00 | $1,028,312.70 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 08-11591 | Trustee Name: GREGG SZILAGYI | |
| Case Name: ANTOIN S. REZKO | Bank Name: Bank of America | |
| | Account Number/CD#: XXXXXX2286 | |
| | Trustee Investment Product | |
| Taxpayer ID No: XX-XXX2648 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 05/05/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/18/10 | 1 | CHICAGO TITLE | ESCROW PROCEEDS | 1229-000 | $201,446.83 | | $201,446.83 |
| 08/31/10 | INT | Bank of America | Interest Rate  0.050 | 1270-000 | $2.47 | | $201,449.30 |
| 09/30/10 | INT | Bank of America | Interest Rate  0.050 | 1270-000 | $8.28 | | $201,457.58 |
| 10/29/10 | INT | Bank of America | Interest Rate  0.050 | 1270-000 | $8.55 | | $201,466.13 |
| 11/15/10 | | Transfer to Acct# XXXXXX2419 | Transfer of Funds | 9999-000 | | $3,406.92 | $198,059.21 |
| 11/30/10 | INT | Bank of America | Interest Rate  0.050 | 1270-000 | $8.21 | | $198,067.42 |
| 12/31/10 | INT | Bank of America | Interest Rate  0.050 | 1270-000 | $8.41 | | $198,075.83 |
| 01/31/11 | INT | Bank of America | Interest Rate  0.050 | 1270-000 | $8.41 | | $198,084.24 |
| 02/28/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $1.52 | | $198,085.76 |
| 03/31/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $1.68 | | $198,087.44 |
| 04/29/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $1.62 | | $198,089.06 |
| 05/31/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $1.69 | | $198,090.75 |
| 06/30/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $1.63 | | $198,092.38 |
| 07/29/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $1.67 | | $198,094.05 |
| 08/31/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $1.69 | | $198,095.74 |
| 09/30/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $1.63 | | $198,097.37 |
| 10/31/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $1.68 | | $198,099.05 |

| | | | Page Subtotals: | | $201,505.97 | $3,406.92 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 08-11591 | Trustee Name: GREGG SZILAGYI | |
| Case Name: ANTOIN S. REZKO | Bank Name: Bank of America | |
| | Account Number/CD#: XXXXXX2286 | |
| | Trustee Investment Product | |
| Taxpayer ID No: XX-XXX2648 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 05/05/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/31/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $252.37 | $197,846.68 |
| 11/30/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $1.63 | | $197,848.31 |
| 11/30/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $243.92 | $197,604.39 |
| 12/30/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $1.67 | | $197,606.06 |
| 12/30/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $243.62 | $197,362.44 |
| 01/27/12 | 2 | FREEBORN & PETERS LLP | SETTLEMENT OF AVOIDANCE ACTION | 1241-000 | $925,000.00 | | $1,122,362.44 |
| 01/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $486.30 | $1,121,876.14 |
| 02/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $1,333.38 | $1,120,542.76 |
| 03/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $1,377.72 | $1,119,165.04 |
| 04/09/12 | | Transfer to Acct# XXXXXX2419 | Transfer of Funds | 9999-000 | | $923.20 | $1,118,241.84 |
| 04/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $1,421.06 | $1,116,820.78 |
| 05/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $1,418.91 | $1,115,401.87 |
| 06/28/12 | | Transfer to Acct# XXXXXX2419 | Transfer of Funds | 9999-000 | | $88,410.00 | $1,026,991.87 |
| 06/28/12 | | Transfer to Acct# XXXXXX2419 | Transfer of Funds | 9999-000 | | $4,800.00 | $1,022,191.87 |
| 06/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $1,318.04 | $1,020,873.83 |
| 07/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $1,338.85 | $1,019,534.98 |
| 08/29/12 | | Transfer to Acct# XXXXXX2419 | Transfer of Funds | 9999-000 | | $10.54 | $1,019,524.44 |

| | | |
|---|---|---|
| Page Subtotals: | $925,003.30 | $103,577.91 |

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 08-11591 | |
| Case Name: ANTOIN S. REZKO | |
| | Trustee Name: GREGG SZILAGYI |
| | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX2286 |
| | Trustee Investment Product |
| Taxpayer ID No: XX-XXX2648 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/05/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/12 | | Bank of America | | 2600-000 | | $1,211.74 | $1,018,312.70 |
| 08/30/12 | | Transfer to Acct# XXXXXX5369 | Transfer of Funds | 9999-000 | | $1,018,312.70 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $1,126,509.27 | $1,126,509.27 |
| Less: Bank Transfers/CD's | | $0.00 | $1,115,863.36 |
| Subtotal | | $1,126,509.27 | $10,645.91 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $1,126,509.27 | $10,645.91 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $1,019,524.44 |

## FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 08-11591
Case Name: ANTOIN S. REZKO

Taxpayer ID No: XX-XXX2648
For Period Ending: 05/05/2015

Trustee Name: GREGG SZILAGYI
Bank Name: Bank of America
Account Number/CD#: XXXXXX2419
CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/15/10 | | Transfer from Acct# XXXXXX2286 | Transfer of Funds | 9999-000 | $3,406.92 | | $3,406.92 |
| 11/15/10 | 1001 | VANGUARD ARCHIVES LLC 3900 S. MICHIGAN CHICAGO, IL 60653 | STORAGE FEES FOR REZMAR RECORDS | 2410-000 | | $3,406.92 | $0.00 |
| 04/09/12 | | Transfer from Acct# XXXXXX2286 | Transfer of Funds | 9999-000 | $923.20 | | $923.20 |
| 04/09/12 | 1002 | INTERNATIONAL SURETIES LTD 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | BOND PREMIUM | 2300-000 | | $923.20 | $0.00 |
| 04/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $0.26 | ($0.26) |
| 06/28/12 | | Transfer from Acct# XXXXXX2286 | Transfer of Funds | 9999-000 | $88,410.00 | | $88,409.74 |
| 06/28/12 | | Transfer from Acct# XXXXXX2286 | Transfer of Funds | 9999-000 | $4,800.00 | | $93,209.74 |
| 06/28/12 | 1003 | Semir D. Sirazi, Mardini Inc., Greenhouse Capital LLC | Payment Per Court Order Dated April 19, 2012 | 2410-000 | | $88,403.72 | $4,806.02 |
| 06/28/12 | 1004 | VANGUARD ARCHIVES LLC | INVOICE 31560 | 2990-000 | | $4,787.26 | $18.76 |
| 06/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $7.64 | $11.12 |
| 07/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $21.66 | ($10.54) |
| 08/29/12 | | Transfer from Acct# XXXXXX2286 | Transfer of Funds | 9999-000 | $10.54 | | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $97,550.66 | $97,550.66 |
| Less: Bank Transfers/CD's | $97,550.66 | $0.00 |
| Subtotal | $0.00 | $97,550.66 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $97,550.66 |
| Page Subtotals: | $97,550.66 | $97,550.66 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2286 - Trustee Investment Product | $1,126,509.27 | $10,645.91 | $0.00 |
| XXXXXX2419 - CHECKING ACCOUNT | $0.00 | $97,550.66 | $0.00 |
| XXXXXX5369 - Checking Acccount | $10,000.00 | $1,028,312.70 | $0.00 |
| | $1,136,509.27 | $1,136,509.27 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $1,136,509.27 |
| Total Gross Receipts: | $1,136,509.27 |